*Stay granted.*
*Karen L. Litkovitz*
*10/21/19*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
AT CINCINNATI

| | | |
|---|---|---|
| ERIC POYNTER, | : | Case No.: 1:19-CV-00510-MRB-KLL |
| Plaintiff, | : | (Judge Michael R. Barrett) |
| | : | (Magistrate Judge Karen L. Litkovitz) |
| vs. | : | |
| SELENE FINANCE LP, *et al.* | : | |
| Defendants. | : | |

## NOTICE OF SETTLEMENT

Please take notice that Plaintiff Eric Poynter ("Plaintiff"), on the one hand, and Defendants Selene Finance LP and OWS REMIC Trust 2012-1, on the other (collectively, the "Parties") have reached a settlement in principle relative to the above matter. The Parties respectfully request that the Court stay all deadlines. Upon execution of the settlement agreement between the Parties, the undersigned counsel will submit a joint stipulation of dismissal.

Respectfully submitted,

*/s/ Brian Flick – per email authorization*
Brian D. Flick (0081605)
Daniel M. Solar (0085632)
Marc E. Dann (0039425)
The Dann Law Firm Co., LPA
2181 Victory Parkway, Suite 101
Cincinnati, OH 45206
Tel: (513) 645-3488
Fax: (216) 373-0536
Email: bflick@dannlaw.com

*Counsel for Plaintiff*

*/s/ Kara A. Czanik*
Kara A. Czanik (0075165)
DINSMORE & SHOHL, LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Tel: (513) 832-5490
Fax: (513) 977-8141
Email: kara.czanik@dinsmore.com

*Counsel for Defendants Selene Finance LP and OWS Remic Trust 2013-1*